IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
MEDFORD DIVISION

| | |
|---|---|
| MARIO ROEDERER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  13 CV 1021 |
| ) | |
| ADAM TREISTER, individually, and ) | |
| TREE STAR, INC., an Oregon corporation; ) | |
| ) | |
| Defendants. ) | |

### AGREED MOTION FOR ENTRY OF STIPULATION

Plaintiff Mario Roederer ("Roederer") and Defendants Adam Treister and Tree Star, Inc., (collectively "Defendants") herein referred to as the "Parties", respectfully move this Court for entry of the Stipulation, attached hereto as Exhibit A, ratifying the Parties' discussions and agreement with respect to the Preliminary Injunction hearing (Dkt. 43) and the parties' alternative dispute resolution plan.

For relief, the Parties request this Court grant this Motion and enter the attached Stipulation, setting this matter for telephonic status after parties have conducted mediation after the week of December 16, 2013.

| **MARIO ROEDERER** | **ADAM TREISTER** and **TREE STAR, INC.** |
|---|---|
| /s/  Todd A. Rowden | /s/  Bernard S. Moore |
| One of His Attorneys | One of Their Attorneys |
| | |
| Todd A. Rowden | Bernard S. Moore |
| THOMPSON COBURN LLP | Frohnmayer Deatherage Jamieson Moore |
| 55 E. Monroe Street, 37th Floor | Armosino & McGovern, P.C. |
| Chicago, IL 60603 | 2592 E. Barnett Road |
| IL ARDC No. 6201929 | Medford, OR  97504 |
| 312.346.7500 | 541.779.9333 |

- 2 -

David B. Paradis
Brophy Schmor Brophy Paradis Maddox
    & Weaver, LLP
201 W. Main Suite 5
Medford, OR  97501
541.772.7123

**CERTIFICATE OF SERVICE**

     I hereby certify that on October 31, 2013, the foregoing Agreed Motion for Entry of Stipulation was filed electronically with the clerk pursuant to the Court's CM/ECF procedures. All parties in this case are represented by an E-Filer and have consented to service by electronic means under Fed. R. Civ. P. 5(b)(2)(D).

                                            /s/ Todd A. Rowden