David B. Paradis, OSB No. 853016
Brophy, Schmor, Brophy,
Paradis, Maddox & Weaver, LLP
P.O. Box 128
Medford, OR  97501
T: (541) 772-7123
F: (541) 772-7149
E: dparadis@brophyllegal.com

*Of Counsel:*
Todd A. Rowden (*pro hac vice*)
Kal Shah (*pro hac vice*)
Adam Wolek (*pro hac vice*)
THOMPSON COBURN LLP
55 E. Monroe Street, 37th Floor
Chicago, IL 60603
ARDC No. 6201929
T:  (312) 346-7500
F:  (312) 580-2201

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### MEDFORD DIVISION

|  |  |
|---|---|
| **MARIO ROEDERER**, individually, and on behalf of **FLOWJO, LLC**, an Oregon Limited Liability Company, | Case No.: 1:13-cv-01021-CL |
| Plaintiffs, | **PLAINTIFFS' MOTION TO COMPEL COMPLIANCE WITH COURT ORDER DKT. 79 PURSUANT TO PROTECTIVE ORDER** |
| v. | (DISCOVERY MOTION) |
| **ADAM TREISTER**, individually, and **TREE STAR, INC.**, an Oregon corporation, | |
| Defendants. | |

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7-1(a)

Pursuant to LR 7-1(a), Plaintiffs' counsel corresponded with Defendants' counsel on 4 separate occasions by email,[1] beginning February 5, 2014, before filing Plaintiffs' Motion to Compel Compliance with Court Order Dkt. 79 pursuant to the Protective Order (Dkt. 23) dated February 14, 2014.  *See* Memorandum in Support of Plaintiffs' Motion to Compel Compliance with Court Order Dkt. 79 Pursuant to the Protective Order Dkt. 23, Ex. 3 & 4. The Plaintiffs made a good faith effort through numerous email correspondences to resolve this discovery dispute, but the parties were unable to resolve the dispute.

## MOTION

Pursuant to FRCP 37, Plaintiffs move this court for an order compelling Defendants to comply with Court Order Dkt. 79 pursuant to the Protective Order (Dkt. 23), and to designate Defendants' clients' financial documents as "Confidential" or "Professionals' Eyes Only" pursuant to the Protective Order, and award any such other and further relief this Court finds just and proper.

The issue to be decided by this motion is whether the Court will designate financial documents as "CONFIDENTIAL" or "FOR PROFESSIONALS' EYES ONLY" pursuant to the Protective Order.  This motion is supported by Memorandum in Support of Plaintiffs' Motion to Compel Compliance with Court Order Dkt. 79 Pursuant to the Protective Order.  Because the issue is simple yet vital for the imminent February 27, 2014 Preliminary Injunction Hearing,

---

1 Nine back-and-forth emails on this topic were exchanged before this brief was filed.  Despite Plaintiffs' requests to speak several days this week, Defendants notified Plaintiffs they were unavailable any of those days.  Due to the discovery now being long overdue, the sudden change in designation of the documents, and the imminent preliminary injunction hearing, Plaintiffs cannot afford any more delays and consequently asked the Court to intervene.

Plaintiffs request a hearing on this matter during the already scheduled February 18, 2014 Scheduling Conference.

DATED this 14th day of February, 2014.

**MARIO ROEDERER**

/s/ Adam Wolek
One of His Attorneys

David B. Paradis
Brophy Schmor Brophy Paradis Maddox & Weaver, LLP
201 W. Main Suite 5
Medford, OR  97501
541.772.7123

*Of Counsel:*
Todd A. Rowden (*pro hac vice*)
Kal Shah (*pro hac vice*)
Adam Wolek (*pro hac vice*)
THOMPSON COBURN LLP
55 E. Monroe Street, 37th Floor
Chicago, IL 60603
ARDC No. 6201929
312.346.7500

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing **Plaintiffs' Motion to Compel Compliance with Court Order Dkt. 79 Pursuant to the Protective Order** was served via e-service this 14th day of February 2014, to Defendants.

    Dylan J. Liddiard
    Dale Bish
    Jasmine Owens
    650 Page Mill Road
    Palo Alto, CA 94304

All parties in this case are represented by an E-Filer and have consented to service by electronic means under Fed. R. Civ. P. 5(b)(2)(D).

                    /s/ Adam Wolek