UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
MEDFORD DIVISION

| | |
|---|---|
| **MARIO ROEDERER**, individually, and on behalf of **FLOWJO, LLC**, an Oregon Limited Liability Company,<br><br>    Plaintiffs,<br><br>v.<br><br>**ADAM TREISTER**, individually, and **TREE STAR, INC.**, an Oregon corporation,<br><br>    Defendants. | ) ) ) ) ) ) No. 13-cv-1021 ) ) ) ) ) ) ) ) |

### STATEMENT OF PROSPECTIVE RECIPIENT OF CONFIDENTIAL MATERIAL

I, Corey M[...], hereby acknowledge and agree:

1. I have read the Stipulated Protective Order and I understand the terms of that agreement, and I have been furnished a copy of that agreement for my records.

2. I understand that that agreement pertains to CONFIDENTIAL material furnished in connection with proceedings in a lawsuit identified as: *Mario Roederer v. Adam Treister and Tree Star, Inc.*, pending in the United States District Court for the District of Oregon, Medford Division as Case No. 13 CV 1021.

3. I anticipate becoming involved in proceedings related to that lawsuit and, as part of the involvement, having material identified as CONFIDENTIAL being disclosed to me.

4. I hereby agree to be bound by the provisions of the Stipulated Protective Order and to accord to all CONFIDENTIAL material the confidentiality and protection from disclosure required by that agreement.

5. I consent to the jurisdiction of the United States District Court for the District of Oregon, Medford Division, for the sole purpose of enforcing the Stipulated Protective Order and this Statement of Prospective Recipient of Confidential Material.

6. I agree that promptly following a request by any Party who furnishes to me any CONFIDENTIAL material, I will deliver to that Party (i) all such material and (ii) all copies, reproductions, extracts, abstracts, notes, and summaries of the contents of such material.

7.  I understand that a violation of the terms of the Stipulated Protective Order and this Statement of Prospective Recipient of Confidential Material might subject me to sanctions for contempt of court or other sanctions.

8.  The words and terms that are defined in the Stipulated Protective Order when used in this Statement of Prospective Recipient of Confidential. Material shall have the same meaning as they have in the Stipulated Protective Order.

So agreed:

Dated: ~~October~~ *November 4*, 2013

Signature

Printed Name: COREY MARTENS

Name of Employer: KPMG LLP

Employer's Address: 200 E. Randolph Dr., Chicago, IL 60601

Employer's Telephone No. (312) 665-5000

Residence Telephone No. (312) 665-1656