|  |  |
|---|---|
| **From:** | Wolek, Adam |
| **Sent:** | Wednesday, February 05, 2014 1:23 PM |
| **To:** | 'Liddiard, Dylan' (dliddiard@wsgr.com) |
| **Cc:** | Bish, Dale; Joe Kellerman; Stern, Evan; Rowden, Todd A.; Stewart, Raymond J.; Marquez, Purita; Shah, Kal K.; Delgado, Leticia |
| **Subject:** | Roederer v. Treister:  QuickBooks & Tax 2013 |

Dylan,

We have not received the most recent QuickBooks, tax files and financial statements for year ending in 2013 for Tree Star, FlowJo, FlowDx and Flourish.  Please let us know when we can expect them.

Also, the bank account documents that you produced on January 17, 2014 were designated Attorneys' Eyes Only, but should have been designated as Professional's Eyes Only under the Court's Protective Order (Dkt. 23).  Please let us know if you object to us treating these documents, and all other forthcoming financial documents, as Professional's Eyes Only.

Thank you.

Sincerely,

**Adam Wolek**
awolek@thompsoncoburn.com
P: 312.580.2341
F: 312.782.1041
M: 312.860.9006

**Thompson Coburn LLP**
55 East Monroe Street
37th Floor
Chicago, IL 60603
www.thompsoncoburn.com