UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| MARIO ROEDERER, individually, and on, behalf of FLOWJO, LLC, an Oregon Limited Liability Company,<br>    PLAINTIFFS,<br>v.<br>ADAM TREISTER, individually, and TREE STAR, INC., an Oregon corporation,<br>    DEFENDANTS. | |
| ADAM TREISTER, individually, and TREE STAR, INC., an Oregon corporation,<br><br>    COUNTER-CLAIMANTS,<br>v.<br>MARIO ROEDERER, individually,<br>    COUNTER-DEFENDANT. | Case No. 1:13-cv-01021-CL<br><br>[PROPOSED] ORDER TO DEPOSIT FUNDS PURSUANT TO ORDER DOCKET 95 |

In accordance with the Court's Order (#95), the Clerk of Court is hereby ORDERED to accept cash, a cashier's check, or a certified check, payable to the Clerk, U.S. District Court, in the amount of $10,000 and to deposit these monies into the Court's treasury registry fund.

Withdrawal and disbursement of these funds may be made only upon further Order of the Court.

The Clerk of Court, through the Financial Administrator, has pre-approved the form of this order pursuant to LR 67-2.

The Clerk of Court is absolved of any liability by compliance with this Order.

It shall be counsel's responsibility to confirm that any action required of the Clerk of Court or her designee by this Order has been performed.

IT IS SO ORDERED.

Order to Deposit Funds (Treasury Registry Fund) Page - 1

DATED this 10th day of March, 2014.

_____
Judge Clarke

---

**For Court Use Only**

---

**APPROVED AS TO FORM:**
Mary L. Moran, Clerk of Court

*Renee M. Martin*