JOSEPH E. KELLERMAN, OR State Bar No. 921997
**HORNECKER COWLING HASSEN & HEYSELL**
717 Murphy Road
Medford, OR 97504
Telephone:  (541) 779-8550
Facsimile:   (541) 773-2635
Email: jek@roguelaw.com

DYLAN J. LIDDIARD, CA State Bar No. 203055 (admitted *pro hac vice*)
DALE R. BISH, CA State Bar No. 235390 (admitted *pro hac vice*)
JASMINE M. OWENS, CA State Bar No. 284914 (admitted *pro hac vice*)
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100
Email: dliddiard@wsgr.com

Attorneys for Defendants
Adam Treister, individually,
and Tree Star Inc., an Oregon Corporation

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| **MARIO ROEDERER**, individually, and on behalf of **FLOWJO, LLC**, an Oregon Limited Liability Company<br><br>            Plaintiffs,<br><br>       v.<br><br>**ADAM TREISTER**, individually, and **TREE STAR, INC**., an Oregon corporation,<br><br>            Defendants. | CASE NO.:  1:13-cv-01021-CL<br><br>**TREE STAR, INC.'S NOTICE OF PRELIMINARY INJUNCTION APPEAL** |

## NOTICE OF PRELIMINARY INJUNCTION APPEAL

Defendant and Counterclaimant Tree Star, Inc. ("Tree Star") hereby appeals to the United States Court of Appeals for the Ninth Circuit from this Court's March 5, 2014 order (Dkt. 95) granting Plaintiffs' Motion for Preliminary Injunction (Dkt. 33).

Dated:  March 11, 2014

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Dylan J. Liddiard
Dylan J. Liddiard
dliddiard@wsgr.com

Attorneys for Defendants
Adam Treister, Individually, Tree Star, Inc., an Oregon Corporation

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 11, 2014, Tree Star's Notice of Appeal was electronically filed with the Court and served on the following counsel of record by using the CM/ECF:

Adam Wolek
Thompson Coburn LLP
55 East Monroe, 37th Floor
Chicago, IL 60603
312-346-7500
Fax: 312-580-2201
Email: awolek@thompsoncoburn.com

David B. Paradis
Brophy Schmor LLP
201 W. Main Street
Suite 5
Medford, OR 97501
(541) 772-7123

Fax: (541) 772-7249
Email: dparadis@brophylegal.com

Kalpesh Shah
Thompson Coburn LLP
55 East Monroe, 37th Floor
Chicago, IL 60603
312-346-7500
Fax: 312-580-2201
Email: kshah@thompsoncoburn.com

James Oakley
Thompson Coburn LLP
55 East Monroe Street - 37th Floor
Chicago, IL 60603
312-346-7500
Fax: 312-782-1030
Email: joakley@thompsoncoburn.com

Thomas J. Hayes
Thompson Coburn LLP
55 E. Monroe Street - 37th Floor
Chicago, IL 60603
312-346-7500
Fax: 312-580-2201
Email: thayes@thompsoncoburn.com

Todd A. Rowden
Thompson Coburn, LLP
55 East Monroe Street - 37th Floor
Chicago, IL 60603
312-346-7500
Fax: 312-580-2201
Email: trowden@thompsoncoburn.com

*Counsel for Plaintiffs*

By: */s/ Dylan J. Liddiard*
      Dylan J. Liddiard